IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18CR152 |
| Plaintiff, | 8:18MJ238 |
| vs. | ORDER TO DISMISS AMENDED COMPLAINT |
| JOHN DOE, a.k.a. "Tono", | |
| Defendant. | |

Pursuant to Motion of the United States (Filing No.81), leave of court is granted for the filing of the dismissal of the Amended Complaint against JOHN DOE, a.k.a. "Tono".

IT IS ORDERED that the Motion to Dismiss the Amended Complaint (Filing No. 81) is granted.

Dated this __20__ day of June, 2018.

BY THE COURT:

_____
SUSAN M. BAZIS
United States Magistrate Judge